OPINION — AG — ** RENT — ROOMS — OFFICE SPACE ** BOARDS OF COUNTY COMMISSIONERS OF THE STATE OF OKLAHOMA ARE 'ONLY' AUTHORIZED TO PAY RENT FOR DISTRICT COURTROOMS IN CITIES LOCATED WITHIN COUNTY SEATS, AND ARE 'NOT' EMPOWERED TO PAY RENT FOR COURTROOM SPACE IN CITIES OTHER THAN THE COUNTY SEAT. (COURTS, OFFICE SPACE, LEASE, RENT, OFFICERS, JUDGES, COURTHOUSE) CITE: 19 O.S. 401 [19-401], 19 O.S. 95.1 [19-95.1] (NEAL LEADER)